Dismissed and Memorandum Opinion filed January 8, 2004









Dismissed and Memorandum Opinion filed January 8,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01145-CV

____________

 

SUMMIT MORTGAGE CORPORATION, Appellant

 

V.

 

JOEL SCOTT CROW and MORTGAGE EDGE CORPORATION, Appellees

 



 

On Appeal from the 61st District Court

Harris
County, Texas

Trial
Court Cause No. 01-57511

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed September 19, 2002.

On December 29, 2003, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 8, 2004.

Panel consists of Justices Yates,
Hudson, and Fowler.